**Steven Louis BARNES, a/k/a Steve, a/k/a Big Man, Plaintiff–Appellant,**

v.

**Carol G. THUEME, Court Reporter; Court Administration Office, Defendants–Appellees.**

No. 14–6011.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 27, 2014.

Decided: March 5, 2014.

Steven Louis Barnes, Appellant Pro Se.

Before NIEMEYER, KING, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Steven Louis Barnes appeals the district court's orders accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Barnes v. Thueme,* No. 5:13–cv–02349–RMG, 2013 WL 5781711 (D.S.C. Oct. 25 & Dec. 2, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*